United States District Court
Southern District of Texas

**ENTERED**

April 15, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALAN PAUL BLECHER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-06221 |
| | § | |
| ROBERT BEEHLER, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER FOLLOWING TELEPHONE SCHEDULING CONFERENCE
### HELD ON April 9, 2026 at 8:45 AM

Appearances:          Waived

The following schedule shall govern the disposition of this case:

| | |
|---|---|
| Initial Disclosures due by: | April 20, 2026 |
| New parties/class allegations by: | None |
| Plaintiff's experts to be designated by: | October 1, 2026 |
| Report furnished by: | October 1, 2026 |
| Defendant's experts to be designated by: | November 1, 2026 |
| Report furnished by: | November 1, 2026 |
| Discovery to be completed by: | January 31, 2027 |
| Dispositive motions due by: | January 31, 2027 |
| Docket call to be held at 11:30 AM on: | April 5, 2027 |
| Estimated trial time: TBA | Jury Trial |

The following rulings were made:

- Discovery may be extended by agreement of the parties without Court intervention. The dispositive motion deadline and docket call dates, however, may not be extended without leave of Court.

- Attorney's fee applications are handled on the papers of the parties after notice.

- Expedited responses are required on all pretrial motions save dispositive motions.

It is so ORDERED.

SIGNED on April 9, 2026, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge